```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 10524
   PAUL A WALEROW
   KAREN L WALEROW                        CHAPTER 13

                                          JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-1065    SSN XXX-XX-8693

----------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/28/08 and confirmed on 08/28/08.

   2.  The case was dismissed after confirmation, 12/19/2008.

   3.  The Debtor paid a total of $   5616.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE INC | CURRENT MORTG | .00 | .00 | .00 |
| CITIMORTGAGE INC | MORTGAGE ARRE | 21374.98 | .00 | 2237.63 |
| CITIMORTGAGE | SECURED | .00 | .00 | .00 |
| CITIMORTGAGE | MORTGAGE ARRE | 6113.27 | .00 | 639.97 |
| TOYOTA MOTOR CREDIT CORP | SECURED VEHIC | 6399.61 | 45.89 | 2384.11 |
| ASPIRE VISA | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CINGULAR WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ENDODONTICS LTD | UNSECURED | NOT FILED | .00 | .00 |
| HOUSEHOLD CREDIT SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| JOSEPH KUZNLAR | UNSECURED | NOT FILED | .00 | .00 |
| MBNA | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CITY BANK | UNSECURED | NOT FILED | .00 | .00 |
| NAPERVILLE EAR NOSE & TH | UNSECURED | NOT FILED | .00 | .00 |
| ORCHARD BANK | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PROVIDIAN | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| TOYOTA FINANCIAL SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| UNIFUND CORP | UNSECURED | NOT FILED | .00 | .00 |
| WHEATON EYE CLINIC | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

```
                      SECURED      PRIORITY    UNSECURED         OTHER        TOTAL
-------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   33887.86          .00          .00           .00      33887.86
PRINCIPAL PAID        5261.71          .00          .00           .00       5261.71
INTEREST PAID           45.89          .00          .00           .00         45.89
TOTAL PAID            5307.60          .00          .00           .00       5307.60
```

The Debtor's attorney, STUART B HANDELMAN           , was allowed $   3500.00
and was paid $   3500.00   direct and $      .00   through the plan.

The Trustee received $    308.40 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/10/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 08 B 10524 PAUL A WALEROW & KAREN L WALEROW